AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)　　Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:09CR20071-001 |
| MIGUEL MUNOZ-GONZALEZ ) | |
| a/k/a Miguel Munoz-Perez ) | USM No: 09854-010 |
| ) | |
| Date of Original Judgment: 09/01/2010 ) | |
| Date of Previous Amended Judgment: 05/10/2012 ) | Bruce D. Eddy |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of　84 months　months **is reduced to**　70 months　.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated　05/10/2012　shall remain in effect.
**IT IS SO ORDERED**.

Order Date:　01/09/2015　　　　　/s/P.K. Holmes,III
　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date:　11/01/2015　　　Honorable P. K. Holmes, III, Chief United States District Judge
　*(if different from order date)*　　　　*Printed name and title*